Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile: (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Catherine Boettcher*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine Boettcher,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Metropolitan Life Insurance Company;<br>International Business Machines Corporation;<br>IBM Long-Term Disability Plan,<br><br>　　　　Defendants. | Case No. 2:15-cv-01930-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY THE NAMED DEFENDANTS** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff moves to voluntarily dismiss, without prejudice, only the named Defendants International Business Machines Corporation and the IBM Long-Term Disability Plan in the above referenced matter.

　　　　Plaintiff advises the Court that the Complaint in this matter was filed on September 25, 2015. The IBM Defendants have not Answered or otherwise responded to the complaint.

RESPECTFULLY REQUESTED this 17th day of December, 2015.

*/s/ Scott E. Davis, Esq.*
Scott E. Davis, Esq.
Attorney for Plaintiff