Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Catherine Boettcher*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Catherine Boettcher,<br><br>             Plaintiff,<br><br>      v.<br><br>Metropolitan Life Insurance Company,<br><br>             Defendant. | Case No.  2:15-cv-01930-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff dismisses the above captioned case *without* prejudice.  Plaintiff filed her complaint on September 25, 2015.  Defendant Metropolitan Life Insurance Company has not filed an Answer or a responsive pleading to Plaintiff's complaint.

                    DATED this 18th day of May, 2016.

                                      SCOTT E. DAVIS, P.C.

                                      */s/ Scott E. Davis, Esq.*
                                      Scott E. Davis, Esq.
                                      Attorney for Plaintiff